UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH H. McCLAIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) CAUSE NO. 1:17-CV-142-PPS-SLC |
| vs. | ) |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Joseph H. McClain, a *pro se* prisoner, filed an *in forma pauperis* motion with a habeas corpus petition attempting to challenge his 1978 conviction and sentence. However, he is a restricted filer. The United States Court of Appeals for the Seventh Circuit has ordered that "[a]ny papers he submits attacking his current criminal judgment, including future collateral attacks, shall be returned unfiled." Order at 1-2, *McClain v. Wilson*, No. 12-1766 (7th Cir. April 10, 2012). This case inadvertently was opened in violation of that Order.

For these reasons, these filings, DE 1 and DE 2, are **STRICKEN**. The Clerk is **DIRECTED** to close this case as **INADVERTENTLY OPENED**.

**SO ORDERED.**

ENTERED: April 11, 2017.

                                       s/ Philip P. Simon
                                       **PHILIP P. SIMON, JUDGE**
                                       **UNITED STATES DISTRICT COURT**